| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dow, Jr., Robert M. | U.S. District Court, Northern District of Illinois | 05/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge -- Active Status | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

E.M. Dirksen U.S. Courthouse
219 South Dearborn Street, Room 1978
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Arthur J. Schmitt Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | State of Illinois -- income as Associate Judge for 12th Judicial Circuit of Illinois |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Institure for Law and Economic Policy | 4/20/17 to 4/21/17 | Naples, FL | Attend and present at conference on class action litigation | transportation, food, lodging |
| 2. | Duke University Law School | 5/4/17 to 5/5/17 | Dallas, TX | Attend conference on discovery rules | transportation, food, lodging |
| 3. | Defense Research Institute | 7/20/17 to 7/21/17 | Washington, DC | Attend and present at conference on class action rules amendments | transportation, food, lodging |
| 4. | Emory University Law School | 9/14/17 to 9/15/17 | Atlanta, GA | Attend conference on mass and class litigation | transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2018 |

| | | | | |
|---|---|---|---|---|
| 5. | American Bar Association | 10/25/17 to 10/26/17 | Washington, DC | Attend and present at class action conference |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northern Trust Bank accounts | A | Interest | J | T | | | | | |
| 2. Northern Trust Bank IRA (CD) | A | Interest | J | T | | | | | |
| 3. First Community Bank accounts | A | Interest | J | T | | | | | |
| 4. Prudential Individual Retirement Annuity | | | | | | | | | |
| 5. -- AST Academic Strategies Asset Allocation | | None | J | T | Sold (part) | 12/26/17 | J | | |
| 6. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 7. -- AST Prudential Growth Allocation Portfolio | | None | L | T | Buy (add'l) | 04/28/17 | K | | |
| 8. | | | | | Buy (add'l) | 12/26/17 | K | | |
| 9. | | | | | Sold (part) | 12/26/17 | L | | |
| 10. -- AST Bond Portfolio 2025 | | None | O | T | Buy (add'l) | 12/26/17 | O | | |
| 11. | | | | | Sold (part) | 12/26/17 | O | | |
| 12. -- AST Capital Growth Asset Allocation Portfolio | | None | K | T | Sold (part) | 12/26/17 | K | | |
| 13. | | | | | Buy (add'l) | 12/26/17 | K | | |
| 14. -- AST Schroders Global Tactical Portfolio | | None | | | Sold | 04/28/17 | N | | |
| 15. -- AST RCM World Trends Portfolio | | None | J | T | Sold (part) | 12/26/17 | J | | |
| 16. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 17. Harris Bank accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GCG Mutual Fund | | | | | | | | | |
| 19. -- American Funds Euro Pacific Growth | A | Dividend | J | T | | | | | |
| 20. -- American Funds Fundamental Investors | A | Dividend | J | T | | | | | |
| 21. -- American Funds Small Cap World Fund | A | Dividend | J | T | | | | | |
| 22. -- American Funds Bond Fund of America | A | Dividend | J | T | | | | | |
| 23. -- American Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 24. GCG 529 Fund #1 | | | | | | | | | |
| 25. -- EuroPacific Growth Fund 529A | A | Dividend | J | T | | | | | |
| 26. -- American Funds New Economy Fund | A | Dividend | J | T | | | | | |
| 27. -- AMCAP Fund -- 529A | A | Dividend | J | T | | | | | |
| 28. -- American Balanced Fund -- 529A | A | Dividend | J | T | | | | | |
| 29. -- Capital Income Builder -- 529A | A | Dividend | J | T | | | | | |
| 30. GCG 529 Fund #2 | | | | | | | | | |
| 31. -- American Funds Capital World G/I 529A | A | Dividend | K | T | | | | | |
| 32. -- American Funds Growth Fund of America 529A | A | Dividend | K | T | | | | | |
| 33. GCG 529 Fund #3 | | | | | | | | | |
| 34. -- New Perspective Fund 529A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- American Funds Fundamental Investors 529A | A | Dividend | K | T | | | | | |
| 36. GCG 529 Fund #4 | | | | | | | | | |
| 37. -- American Funds SmallCap World Fund 529A | A | Dividend | K | T | | | | | |
| 38. -- American Funds Capital Income Builder 529A | A | Dividend | K | T | | | | | |
| 39. TD Ameritrade (HSA Bank) | | None | J | T | | | | | |
| 40. Sauk Valley Community Bank Common Stock | A | Dividend | J | T | | | | | |
| 41. Buffalo International Fund #1449 | A | Dividend | J | T | Buy (add'l) | 12/21/17 | J | | |
| 42. | | | | | Sold (part) | 04/12/17 | J | | |
| 43. | | | | | Sold (part) | 05/01/17 | J | | |
| 44. | | | | | Sold (part) | 06/28/17 | J | | |
| 45. | | | | | Sold (part) | 09/26/17 | J | | |
| 46. | | | | | Sold (part) | 10/03/17 | J | | |
| 47. | | | | | Sold (part) | 10/24/17 | J | | |
| 48. | | | | | Sold (part) | 12/19/17 | J | | |
| 49. Buffalo Balanced (Flexible Income) Fund | A | Dividend | J | T | Buy (add'l) | 01/18/17 | J | | |
| 50. | | | | | Buy (add'l) | 02/23/17 | J | | |
| 51. | | | | | Buy (add'l) | 03/22/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 53. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 54. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 55. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 56. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 57. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 58. | | | | | Sold (part) | 04/12/17 | J | | |
| 59. | | | | | Buy (add'l) | 10/20/17 | J | | |
| 60. | | | | | Buy (add'l) | 11/22/17 | J | | |
| 61. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 62. | | | | | Sold (part) | 04/12/17 | J | | |
| 63. | | | | | Sold (part) | 05/01/17 | J | | |
| 64. | | | | | Sold (part) | 06/28/17 | J | | |
| 65. | | | | | Sold (part) | 09/26/17 | J | | |
| 66. | | | | | Sold (part) | 10/03/17 | J | | |
| 67. | | | | | Sold (part) | 10/24/17 | J | | |
| 68. | | | | | Sold (part) | 12/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Buffalo Small Cap Fund | A | Dividend | J | T | Buy (add'l) | 12/19/17 | J | | |
| 70. | | | | | Sold (part) | 04/12/17 | J | | |
| 71. | | | | | Sold (part) | 05/01/17 | J | | |
| 72. | | | | | Sold (part) | 06/28/17 | J | | |
| 73. | | | | | Sold (part) | 09/26/17 | J | | |
| 74. | | | | | Sold (part) | 10/03/17 | J | | |
| 75. | | | | | Sold (part) | 10/24/17 | J | | |
| 76. | | | | | Sold (part) | 12/19/17 | J | | |
| 77. Buffalo Science & Tech (Discovery) Fund | A | Dividend | J | T | Buy (add'l) | 12/21/17 | J | | |
| 78. | | | | | Sold (part) | 04/12/17 | J | | |
| 79. | | | | | Sold (part) | 05/01/17 | J | | |
| 80. | | | | | Sold (part) | 06/28/17 | J | | |
| 81. | | | | | Sold (part) | 09/26/17 | J | | |
| 82. | | | | | Sold (part) | 10/03/17 | J | | |
| 83. | | | | | Sold (part) | 10/24/17 | J | | |
| 84. | | | | | Sold (part) | 12/19/17 | J | | |
| 85. Buffalo Large Cap Fund | A | Dividend | J | T | Buy (add'l) | 12/21/17 | J | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 04/12/17 | J | | |
| 87. | | | | | Sold (part) | 05/01/17 | J | | |
| 88. | | | | | Sold (part) | 06/28/17 | J | | |
| 89. | | | | | Sold (part) | 09/26/17 | J | | |
| 90. | | | | | Sold (part) | 10/03/17 | J | | |
| 91. | | | | | Sold (part) | 10/24/17 | J | | |
| 92. | | | | | Sold (part) | 12/19/17 | J | | |
| 93. Buffalo USA Growth Fund | A | Dividend | J | T | Buy (add'l) | 12/21/17 | J | | |
| 94. | | | | | Sold (part) | 04/12/17 | J | | |
| 95. | | | | | Sold (part) | 05/01/17 | J | | |
| 96. | | | | | Sold (part) | 06/28/17 | J | | |
| 97. | | | | | Sold (part) | 09/26/17 | J | | |
| 98. | | | | | Sold (part) | 10/03/17 | J | | |
| 99. | | | | | Sold (part) | 10/24/17 | J | | |
| 100. | | | | | Sold (part) | 12/19/17 | J | | |
| 101. Northern Inst. Tax -Exempt | | None | J | T | | | | | |
| 102. Securian Rollover IRA Account | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -- Federated Prime Cash Oblig Svc | A | Interest | J | T | | | | | |
| 104. -- Invesco Convertible Sec Fund | A | Dividend | J | T | | | | | |
| 105. -- Dodge & Cox Intl Fund | A | Dividend | J | T | | | | | |
| 106. -- Goldman Sachs Mid-Cap Value Fund | A | Dividend | | | Sold | 01/09/17 | J | | |
| 107. -- Harbor Intl Fund | A | Dividend | | | Sold | 01/09/17 | J | | |
| 108. -- Homestead Value Fund | A | Dividend | K | T | | | | | |
| 109. -- JP Morgan Small-Cap Growth Fund | A | Dividend | J | T | | | | | |
| 110. -- Loomis Sayles Strat Income Fund | A | Dividend | J | T | | | | | |
| 111. -- MFS Intl New Discovery Fund | A | Dividend | | | Sold | 01/09/17 | J | | |
| 112. -- Northern Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 113. -- Oppenheimer Developing Markets | A | Dividend | J | T | | | | | |
| 114. -- Primecap Odyssey Growth Fund | A | Dividend | J | T | | | | | |
| 115. -- Principal High Yield Fund Class P | A | Dividend | J | T | | | | | |
| 116. -- Prudential Global Real Estate Fund | A | Dividend | J | T | | | | | |
| 117. -- T Rowe Price Blue Chip Growth | A | Dividend | J | T | | | | | |
| 118. -- Templeton Global Bond Fund Advisor | A | Dividend | J | T | | | | | |
| 119. -- Van Eck Global Hard Assets Fund | A | Dividend | | | Sold | 01/09/17 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes:<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- AQR | A | Dividend | J | T | | | | | |
| 121. -- Columbia Commodity | A | Dividend | J | T | | | | | |
| 122. -- Victory | A | Dividend | J | T | | | | | |
| 123. -- Diamond Hill (X) | A | Dividend | J | T | Buy | 01/09/17 | J | | |
| 124. -- Fidelity Advisor Intl Growth Class (X) | A | Dividend | J | T | Buy | 01/09/17 | J | | |
| 125. Sequella, Inc. | | None | M | T | | | | | |
| 126. IRX Therapeutics, Inc. | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV:

Additional reimbursement:

Sedona Conference   11/2/17 to 11/3/17   Phoenix, AZ   Attend and present at conference on discovery rules   transportation, food, lodging

Part VII:

1. Lines 4, 18, 24, 30, 33, 36, and 102 are headers for various funds -- the individual holdings of each fund, values, and transactions are reported in the lines below each header.

2. For line 39, the HSA account with TD Ameritrade (HSA Bank) has a zero balance and will be closed during 2018.

3. For lines 123 and 124, the (X) indicates new assets acquired (and thus now reportable) in 2017.

**FINANCIAL DISCLOSURE REPORT**

Page 14 of 14

Name of Person Reporting

Dow, Jr., Robert M.

Date of Report

05/14/2018

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert M. Dow, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544